JOHN HURD, Respondent, *v.* REPUBLIC STEEL CORPORATION, Appellant.

Submitted March 5, 1945; decided April 12, 1945.

*William L. Clay* for motions.
*Casper V. Baltensperger* opposed.

Motions dismissed on the ground that the appeal is no longer pending.